United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50830
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

MICHAEL LAWRENCE PETISCA,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:04-CR-146-ALL
--------------------

Before Jolly, Dennis, and Clement, Circuit Judges.

PER CURIAM:*

     Michael Lawrence Petisca pleaded guilty to two counts of
bank robbery.  See 18 U.S.C. § 2113(a).  He was sentenced prior
to the Supreme Court's issuance of United States v. Booker,
543 U.S. 220 (2005).  His case was remanded for resentencing
after Booker.  He now appeals, arguing that the district court
erred in denying his request for a non-guideline sentence below
the applicable guideline range.

     The district court adequately addressed the factors in 18
U.S.C. §3553(a).  Petisca has failed to rebut the presumption of

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reasonableness attached to his guideline sentence.  See <u>United States v. Alonzo</u>, 435 F.3d 551, 554 (5th Cir. 2006).

AFFIRMED.